

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES EDWARD DEMPSTER,<br><br>Defendant. | CR 14-26-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, JAMES EDWARD DEMPSTER is hereby released from the custody of the U.S. Marshal Service.

DATED this 28th day of November, 2018.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1