IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 14-26-BLG-SPW |
|---|---|
| Plaintiff, | |
| | ORDER |
| vs. | |
| JAMES EDWARD DEMPSTER, | |
| Defendant. | |

Pending before the Court is the Defendant's Unopposed Motion to Continue Revocation Hearing (Doc. 69) for the reason Defendant has another case, CR-22-03-BLG-SPW, pending with this Court. In order for the revocation hearing to coincide with Mr. Dempster's case, CR-22-03-BLG-SPW, and for good cause shown,

**IT IS HEREBY ORDERED** that the revocation hearing currently set for Wednesday, March 30, 2022, at 9:30 a.m., is **VACATED.**

1

**IT IS FURTHER ORDERED** that the revocation proceedings are **STAYED** until the resolution of CR 22-03-BLG-SPW, at which time the revocation hearing will be rescheduled.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 29th day of March, 2022.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge