IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JAMES EDWARD DEMPSTER, Defendant. | CR 14-26-BLG-SPW<br><br>ORDER |
|---|---|

This Court vacated the Final Revocation Hearing in the above-captioned matter pending the resolution in CR-22-03-BLG-SPW (Doc. 70).

On June 21, 2022 the Defendant, James Edward Dempster, changed his plea in case number CR-22-03-BLG-SPW and sentencing has been set. Therefore,

**IT IS HEREBY ORDERED** that the stay is lifted and the revocation hearing is **RESET** for **Thursday, November 10, 2022 at 9:30 a.m.**, at the same date and time as sentencing in CR-22-03-BLG-SPW.

1

Case 1:14-cr-00026-SPW  Document 71  Filed 07/06/22  Page 2 of 2

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 6th day of July, 2022.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge